B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In Re: ___HANI ABDALLAH,___          CASE NO. __12 B 45458__

    Debtor                                    Chapter 11

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENITITIES IN WHICH THE ESTSTE OF HANI ABDALLAH <u>HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST</u>**

This is the report of 01/03/2013 on the value, operations and profitability of those entities in which the estate holds substantial or controlling interest, as required by Bankruptcy Rule 2015.3, The Estate of Hani Abdallah holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Evergreen Park Pharmacy | 100% | 1 |
| Armitage Pharmacy, Inc. | 96% | 2 |
| Oaklawn Pharmacy, Inc. | 49% | 3 |
| Wolf Properties | 33% | 4 |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of the date not more that two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes I shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes Exhibit C contains a description of the entity's business operations.

**THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION**

The undersigned, having reviewed the above listing of entities in which the estate of Hani Abdallah holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Document    Page 2 of 2

No. 3678    P. 2

B26 (Official Form 26) (12/08) – Cont.

Date: _____

2

_____
Signature of Authorized Individual

_____
Name of Authorized Individual

_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

*[signature]*

_____
Signature of Debtor

_____
Signature of Joint Debtor