B26 (Official Form 26) (12/08) – Cont.                                                                                         3

## Exhibit A
### Valuation Estimate for [Name of Entity]

Valuation Estimate for Evergreen Park Pharmacy, Inc.:  $315,722.83 based on Total Stockholders' Equity based on the Balance Sheet which follows.

EVERFREEN PARK PHARMACY
BALANCE SHEET
November 30, 2012

| | |
|---|---:|
| **CURRENT ASSETS** | |
| Cash | $ 80,716.46 |
| Receivables | 26,640.21 |
| Inventory | 75,000.00 |
| Loan receivable | 89,583.57 |
| Undeposited funds | 46,887.50 |
| TOTAL CURRENT ASSETS | 318,827.74 |
| | |
| **PROPERTY AND EQUIPMENT, at cost** | |
| Medical and computer equipment | 82,457.91 |
| Less accumulated depreciation and amortization | 60,735.00 |
| NET PROPERTY AND EQUIPMENT | 21,722.91 |
| | |
| | $ 340,550.65 |
| | |
| **CURRENT LIABILITIES** | |
| Accounts payable | 24,807.86 |
| Sales tax payable | 19.96 |
| TOTAL CURRENT LIABILITIES | 24,827.82 |
| **STOCKHOLDERS' EQUITY** | |
| Common stock | 1,000.00 |
| Retained earnings | 314,722.83 |
| TOTAL STOCKHOLDERS' EQUITY | 315,722.83 |
| | |
| | $ 340,550.65 |

EVERFREEN PARK PHARMACY
STATEMENT OF INCOME AND RETAINED EARNINGS
For the Eleven Months Ended November 30, 2012

| | |
|---|---:|
| SALES | $ 5,243,818.28 |
| COST OF GOODS SOLD | |
|   Purchases | 3,683,140.11 |
|   Medical consulting services | 619,539.00 |
| TOTAL COST OF GOODS SOLD | 4,302,679.11 |
| GROSS PROFIT | 941,139.17 |
| OPERATING EXPENSES | |
|   Accounting expense | 7,450.50 |
|   Advertising and promotion | 7,414.80 |
|   Alarm | 579.14 |
|   Automobile expense | 395.54 |
|   Bank service charges | 1,768.62 |
|   Business licenses and permits | 4,800.00 |
|   Charitable contributions | 26,689.61 |
|   Computer and internet expenses | 10,202.08 |
|   Credit card fee | 6,506.91 |
|   Delivery | 54,521.00 |
|   Dues and subscriptions | 395.50 |
|   Electrical expenses | 2,561.34 |
|   Health insurance | 44,429.17 |
|   Insurance | 10,101.78 |
|   Legal fees | 14,711.88 |
|   Meals and entertainment | 1,721.64 |
|   Miscellaneous expense | (63.61) |
|   Office expense | 12,906.46 |
|   Office salary | 127,620.95 |
|   Outside services | 68,149.25 |
|   Payroll taxes | 67,617.50 |
|   Postage and delivery | 932.12 |
|   Printing and reproduction | 108.16 |
|   Professional license | 1,150.00 |
|   Rent | 30,345.69 |
|   Repairs and maintenance | 17,879.20 |
|   Signage | 3,142.90 |
|   Southside wholesale | 1,104.39 |
|   Store product | 16,337.70 |
|   Telephone expense | 9,433.67 |
|   Utilities | 335.02 |
| TOTAL EXPENSES | 551,248.91 |
| NET INCOME | 389,890.26 |
| RETAINED EARNINGS | |
|   Beginning of year | 205,214.51 |
|   Dividends | (280,381.94) |
|   End of year | $ 314,722.83 |

Evergreen Park Pharmacy, Inc.
Supplemental Disbursement Schedule
November 30, 2012

| | |
|---|---:|
| Advertisng and promotion | 500.00 |
| Automobile expense | 40.00 |
| Bank service charge | 98.99 |
| Business license and permits | 60.00 |
| Charitable contributions | 6,800.00 |
| Computer and internet expenses | 1,647.80 |
| Credit card fee | 478.10 |
| Delivery | 5,192.00 |
| Dividends | 20,839.90 |
| Electrical expenses | 226.10 |
| Health insurance | 273.14 |
| Insurance | 1,190.00 |
| Legal fees | 6,999.00 |
| Loan receivable | 6,483.57 |
| Medical consulting services | 38,954.00 |
| Miscellaneous | 293.14 |
| Office expenses | 1,213.02 |
| Outside services | 4,817.25 |
| Postage and delivery | 43.10 |
| Printing and reproduction | 3.99 |
| | |
| Total | 96,153.10 |