B26 (Official Form 26) (12/08) – Cont. 3

## Exhibit A
## Valuation Estimate for [Name of Entity]

Valuation Estimate for Armitage Pharmacy, Inc.: $0.00 based on negative Total Stockholders' Equity based on the Balance Sheet which follows.

2:07 PM
12/12/12
Accrual Basis

## Armitage Pharmacy INC.
## Balance Sheet
### As of November 30, 2012

|  | Nov 30, 12 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Charter One | 433.19 |
| Chase | 32,524.19 |
| **Total Checking/Savings** | 32,957.38 |
| **Accounts Receivable** | |
| Accounts Receivable | 12,652.62 |
| **Total Accounts Receivable** | 12,652.62 |
| **Other Current Assets** | |
| Inventory | 17,890.06 |
| Petty Cash | 750.00 |
| **Total Other Current Assets** | 18,640.06 |
| **Total Current Assets** | 64,250.06 |
| **Fixed Assets** | |
| Computer System | 9,052.31 |
| **Total Fixed Assets** | 9,052.31 |
| **Other Assets** | |
| Organizational Costs | 11,800.96 |
| **Total Other Assets** | 11,800.96 |
| **TOTAL ASSETS** | 85,103.33 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 93,691.71 |
| **Total Accounts Payable** | 93,691.71 |
| **Total Current Liabilities** | 93,691.71 |
| **Total Liabilities** | 93,691.71 |
| **Equity** | |
| Contributed Capital-1 | 50,500.00 |
| Contributed Capital-2 | 51,468.53 |
| Net Income | -110,556.91 |
| **Total Equity** | -8,588.38 |
| **TOTAL LIABILITIES & EQUITY** | 85,103.33 |

10:14 AM
12/13/12
Accrual Basis

# Armitage Pharmacy INC.
## Profit & Loss
### September through November 2012

|  | Sep - Nov 12 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 239.99 |
| Sales-Perscription Drugs | 85,735.15 |
| **Total Income** | 85,975.14 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 4,841.66 |
| **Total COGS** | 4,841.66 |
| **Gross Profit** | 81,133.48 |
| **Expense** | |
| Advertising and Promotion | 793.37 |
| Alarm | 571.07 |
| Automobile Expense | 291.37 |
| Bank Service Charges | 26.56 |
| Computer and Internet Expenses | 4,211.21 |
| Computer Equipment | 3,167.00 |
| Credit Card Fees | 75.00 |
| Fees & Licenses | 1,714.50 |
| Legal Fees | 581.25 |
| Marketing | 1,384.23 |
| Meetings | 202.46 |
| misc | 1,320.63 |
| Office Supplies | 4,361.04 |
| Outside Services | 17,328.15 |
| Parking | 1.10 |
| Payroll | 912.08 |
| Payroll Taxes | 273.61 |
| Petty Cash Misc | 200.00 |
| Pharmacy Supplies | 47,385.44 |
| Postage and Delivery | 202.08 |
| Printer | 2,543.58 |
| Printing cost | 780.62 |
| Professional Fees | 7,530.00 |
| Professional Improvement | 108.80 |
| Rent Expense | 4,000.00 |
| Repairs and Maintenance | 9,422.72 |
| Telephone Expense | 720.71 |
| Travel Expense | 6,031.22 |
| **Total Expense** | 116,159.80 |
| **Net Ordinary Income** | -35,026.32 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Ask My Accountant | 75,530.59 |
| **Total Other Expense** | 75,530.59 |
| **Net Other Income** | -75,530.59 |
| **Net Income** | -110,556.91 |

Page 1

Armitage Pharmacy, Inc.
Supplemental Disbursement Schedule
November 30, 2012

| | |
|---|---:|
| Automobile expense | 291.37 |
| Computer and internet expenses | 437.32 |
| Computer equipment | 3,167.00 |
| Marketing | 758.75 |
| Miscellaneous | 370.63 |
| Office supplies | 1,098.80 |
| Petty cash - miscellaneous | 200.00 |
| Postage and delivery | 69.92 |
| Printer | 970.15 |
| Printing costs | 780.62 |
| Professional improvement | 108.80 |
| | |
| Total | 8,253.36 |