**Exhibit A**
**Valuation Estimate for [Name of Entity]**

Valuation Estimate for Oak Lawn Pharmacy, Inc.: $43,679.97 based on negative Total Stockholders' Equity based on the Balance Sheet which follows.

2:42 PM
12/18/12
Accrual Basis

# Oak Lawn Pharmacy Inc.
## Profit & Loss
### January through December 2012

| | Jan - Dec 12 | |
|---|---|---|
| Ordinary Income/Expense | | |
| Income | | |
| Gross Sales | | |
| Non-Taxable Sales | 1,642,218.78 | |
| Gross Sales - Other | 0.00 | |
| Total Gross Sales | | 1,642,218.78 |
| Sales Refunds | | -950.00 |
| Total Income | | 1,641,268.78 |
| Cost of Goods Sold | | |
| COGS | | |
| Cost of Food/Drinks | 9,836.32 | |
| Cost of Pharmaceutical Products | 1,316,767.82 | |
| COGS - Other | 484.77 | |
| Total COGS | | 1,327,088.91 |
| Total COGS | | 1,327,088.91 |
| Gross Profit | | 314,179.87 |
| Expense | | |
| Advertising and Promotion | | 4,604.67 |
| Bank Service Charges | | 655.00 |
| Business Promotion | | 0.00 |
| Computer and Internet Expenses | | 6,434.84 |
| Contracted Services | | |
| Contracted Pharmacist | 360.00 | |
| Contracted Services - Other | 1,882.00 | |
| Total Contracted Services | | 2,242.00 |
| Delivery Exp | | 49,930.63 |
| Donations | | 1,490.00 |
| Gifts | | 1,976.45 |
| Insurance Expense | | |
| General Liability Insurance | 1,189.00 | |
| Total Insurance Expense | | 1,189.00 |
| Licenses and Permits | | 362.50 |
| Meals and Entertainment | | 801.12 |
| Miscellaneous Expense | | 0.00 |
| Office Supplies | | 3,259.88 |
| Payroll Expenses | | 187,352.58 |
| Penalty | | 17.92 |
| Postage and Delivery | | 45.00 |
| Printing and Reproduction | | 1,919.44 |
| Professional Fees | | 3,226.00 |
| Rent Expense | | 32,888.00 |
| Sales Tax | | 4,938.03 |
| Security Exp. | | 474.42 |
| Telephone Expense | | 3,497.84 |
| Uncategorized Expenses | | 0.00 |
| Utilities | | |
| Electricity | 2,396.64 | |
| Total Utilities | | 2,396.64 |
| Xpress RX | | 3,390.20 |
| Total Expense | | 312,289.63 |
| Net Ordinary Income | | 1,890.24 |
| Other Income/Expense | | |
| Other Income | | |
| Greatlakes Coops-Rebate | | 39,907.72 |
| Total Other Income | | 39,907.72 |

2:42 PM
12/18/12
Accrual Basis

# Oak Lawn Pharmacy Inc.
## Profit & Loss
### January through December 2012

| | Jan - Dec 12 |
|---|---|
| Other Expense | |
| Ask My Accountant | 20,968.27 |
| Total Other Expense | 20,958.27 |
| Net Other Income | 18,949.45 |
| Net Income | 20,839.69 |

2:43 PM
12/18/12
Accrual Basis

# Oak Lawn Pharmacy Inc.
## Balance Sheet
### As of December 18, 2012

| | | Dec 18, 12 |
|---|---|---|
| ASSETS | | |
| Current Assets | | |
| Checking/Savings | | |
| Archer Bank | | 38,080.92 |
| United Trust Bank | | 283.34 |
| Total Checking/Savings | | 38,364.26 |
| Accounts Receivable | | |
| Accounts Receivable | | 35,033.61 |
| Total Accounts Receivable | | 35,033.61 |
| Other Current Assets | | |
| Accounts Receivable Balance | | 232,987.76 |
| Advance to Xpress Pharmacy | | 32,924.38 |
| Employee Advances | | 292.50 |
| Inventory Asset | | 181,154.22 |
| Total Other Current Assets | | 447,358.85 |
| Total Current Assets | | 520,756.73 |
| Fixed Assets | | |
| Cost of Comp/Equip/Tel Eqp'10 | | |
| Accu.Depr.-Comp/Eqp/Tel.Eqp'10 | -6,926.00 | |
| Cost of Comp/Equip/Tel Eqp'10 - Other | 13,317.80 | |
| Total Cost of Comp/Equip/Tel Eqp'10 | | 6,391.80 |
| Furniture and Equipment | | 595.00 |
| Lease Hold Improvement | | |
| Accumulated Depr-Lease H Imp. | -17,829.00 | |
| Lease Hold Improvement - Other | 45,979.81 | |
| Total Lease Hold Improvement | | 28,150.81 |
| Total Fixed Assets | | 35,137.61 |
| Other Assets | | |
| Security Deposit-Rent | | 3,168.00 |
| Total Other Assets | | 3,168.00 |
| TOTAL ASSETS | | 559,062.34 |

2:44 PM
12/18/12
Accrual Basis

# Oak Lawn Pharmacy Inc.
## Balance Sheet
### As of December 18, 2012

| | Dec 18, 12 |
|---|---|
| Equity | |
| Capital Stock | 1,000.00 |
| Retained Earnings | 28,265.42 |
| Net Income | 14,414.55 |
| Total Equity | 43,679.97 |
| TOTAL LIABILITIES & EQUITY | 689,833.38 |

CHASE

Chase.com | Contact Us | Privacy Notice | En Español |

My Accounts Payments & Transfers Products & Services Customer Center

CHASE ONLINE℠ Thursday, January

My Accounts > Account Activity

# Account Activity

Print Help with this page

What can we do better? WE'RE LISTENING ->

I'd like to...

- Pay bills
- See statements
- See account notices
- See more choices



Pay Bills

Paperless Options

Stop Payment on a Check


Chase Mobile

## Activity for .... CHASE PREMIER (...3112) Show

Details for CHASE PREMIER (...3112)

| | |
|---|---|
| Present Balance | $783.57 |
| Available Balance | $783.57 |
| Interest rate | 0.01% |
| Overdraft Features | Show details |

Transaction Results (1 - 32) for CHASE PREMIER (...3112) Next

All Transactions Show Search Transactions

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/07/2012 | Bill Payment | Online Payment 2979867506 To COMCAST 12/07 | $10.66 | | $783.57 |
| 12/06/2012 | Misc. Credit | INTEREST PAYMENT | | $0.01 | $794.23 |

Homerglen. UTB-Bank $5,700.00

| Date | Type | Description | Debit | Credit | Balance |
| --- | --- | --- | --- | --- | --- |
| 12/03/2012 | Bill Payment | Online Payment 2979872110 To MB FINANCIAL 12/03 – Equity Loan | $250.00 | | $794.22 |
| 11/30/2012 | Bill Payment | Online Payment 2979848789 To ILLINOIS AMERICAN WATER COMPANY 11/30 | $175.77 | | $1,044.22 |
| 11/28/2012 | Check | CHECK # 1479 (view) | $100.00 | | $1,219.99 |
| 11/26/2012 | Bill Payment | Online Payment 2979861357 To NICOR GAS 11/26 | $75.28 | | $1,319.99 |
| 11/26/2012 | Bill Payment | Online Payment 2979859060 To WALMART 11/26 | $96.24 | | $1,395.27 |
| 11/26/2012 | Bill Payment | Online Payment 2979856360 To COMMONWEALTH EDISON 11/26 | $303.93 | | $1,491.51 |
| 11/26/2012 | Bill Payment | Online Payment 2979851195 To DISH NETWORK 11/26 | $148.98 | | $1,795.44 |
| 11/21/2012 | Account Transfer | Transfer to CHK XXXXX4653 11/21 | $100.00 | | $1,944.42 |
| 11/14/2012 | Check | CHECK # 1477 (view) | $100.00 | | $2,044.42 |
| 11/14/2012 | Check | CHECK # 1478 11/14 (view) | $100.00 | | $2,144.42 |
| 11/13/2012 | ACH Debit | JPMORGAN CHASE CHASE ACH PPD ID: 9008102401 – Home Loan | $2,123.46 | | $2,244.42 |
| 11/09/2012 | Deposit | DEPOSIT ID NUMBER 889934 (view) | | $3,000.00 | $4,367.88 |
| 11/07/2012 | Bill Payment | Online Payment 2952277542 To Bank of america 11/07 | $988.15 | | $1,367.88 |
| 11/07/2012 | Bill Payment | Online Payment 2952269166 To LAWN-TECH,LTD. 11/07 | $53.00 | | $2,356.03 |
| 11/07/2012 | Bill Payment | Online Payment 2952262172 To HOUSEHOLD MC 11/07 | $293.52 | | $2,409.03 |
| 11/07/2012 | Bill Payment | Online Payment 2952260303 To ILLINOIS AMERICAN WATER COMPANY 11/07 | $173.38 | | $2,702.55 |
| 11/07/2012 | Bill Payment | Online Payment 2952259248 To BEST BUY 11/07 | $166.53 | | $2,875.93 |
| 11/07/2012 | Bill Payment | Online Payment 2952254267 To EVERGREEN CEMETERY 11/07 | $180.00 | | $3,042.46 |
| 11/06/2012 | Misc. Credit | INTEREST PAYMENT | | $0.01 | $3,222.46 |
| 11/05/2012 | Deposit | DEPOSIT ID NUMBER 658308 (view) | | $3,200.00 | $3,222.45 |
| 11/02/2012 | Fee | ODP TRANSFER FEE | $10.00 | | $22.45 |
| 11/02/2012 | Check | CHECK # 1462 (view) | $250.00 | | $32.45 |

| | | | | | |
|---|---|---|---|---|---|
| 11/02/2012 | Misc. Credit | ODP TRANSFER FROM CR CARD ************2886 | | $100.00 | $282.45 |
| 10/26/2012 | Check | CHECK # 1476 10/26 (view) | $600.00 | | $182.45 |
| 10/22/2012 | ACH Debit | CHASE EPAY 1428027703 WEB ID: 5760039224 | $1,017.08 | | $782.45 |
| 10/22/2012 | Bill Payment | Online Payment 2902334241 To NICOR GAS 10/22 | $30.75 | | $1,799.53 |
| 10/18/2012 | Bill Payment | Online Payment 2902323223 To nuway 10/18 | $75.58 | | $1,830.28 |
| 10/10/2012 | ACH Debit | JPMORGAN CHASE CHASE ACH PPD ID: 9008102401 | $2,123.46 | | $1,905.86 |
| 10/10/2012 | Bill Payment | Online Payment 2902324472 To southwest dermatolgy 10/10 | $100.00 | | $4,029.32 |
| 10/09/2012 | Bill Payment | Online Payment 2902321114 To EVERGREEN CEMETERY 10/09 | $180.00 | | $4,129.32 |

Next

Security | Terms of Use | Legal Agreements and Disclosures

© 2013 JPMorgan Chase & Co.

