B26 (Official Form 26) (12/08) – Cont. 3

## Exhibit A
### Valuation Estimate for [Name of Entity]

Valuation Estimate for Wolf Properties, LLC.: $18,834.80 based on Total Stockholders' Equity based on the Balance Sheet which follows.



7820 Graphics L
Suite
Tinley Park, Illinois 6(
(708) 873-5
Fax (708) 873-(

# WOLF PROPERTIES

# FINANCIAL STATEMENTS

# FOR THE PERIOD ENDED

# NOVEMBER 30, 2012

www.networkregroup.



Brokerage • Sales • Acquisitions • Leasing • Property Manager
Financing • Commercial Maintenance • Developr

# Balance Sheet
## As of November 30, 2012

|  | Nov 30, 12 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| AC checking | 1,800.00 |
| Checking | 33,453.27 |
| **Total Checking/Savings** | 35,253.27 |
| **Accounts Receivable** | |
| Accounts Receivable | (6,118.47) |
| **Total Accounts Receivable** | (6,118.47) |
| **Total Current Assets** | 29,134.80 |
| **TOTAL ASSETS** | 29,134.80 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Tenant Security Deposits | 10,300.00 |
| **Total Other Current Liabilities** | 10,300.00 |
| **Total Current Liabilities** | 10,300.00 |
| **Total Liabilities** | 10,300.00 |
| **Equity** | |
| Retained Earnings | 42,087.78 |
| Owner Payments | (43,525.40) |
| Net Income | 20,272.42 |
| **Total Equity** | 18,834.80 |
| **TOTAL LIABILITIES & EQUITY** | 29,134.80 |

# Profit & Loss YTD Comparison
## November 2012

|  | Nov 12 | Jan - Nov 12 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Monthly Rent** | | |
| Base rent | 6,122.82 | 47,886.94 |
| CAM | 1,838.10 | 13,136.13 |
| Late fees | 327.57 | 500.00 |
| Property taxes | 1,982.27 | 15,911.18 |
| **Total Monthly Rent** | 10,270.76 | 77,434.25 |
| Abatement | 0.00 | (325.26) |
| CAM & Tax Reconciliations | 0.00 | 67.27 |
| **Total Income** | 10,270.76 | 77,176.26 |
| **Expense** | | |
| **CAM** | | |
| Alarm monitoring | 0.00 | 890.00 |
| Building maintenance | 0.00 | 4,688.50 |
| Disposal service | 239.00 | 3,404.00 |
| Electric | 246.04 | 2,210.14 |
| Inspections | 0.00 | 420.00 |
| Insurance | 1,033.57 | 4,005.64 |
| Landscaping | 215.00 | 1,505.00 |
| Lot cleaning | 44.00 | 540.00 |
| Management fees | 775.00 | 8,525.00 |
| Postage | 0.00 | 77.33 |
| Professional Fees | 1,555.25 | 8,350.00 |
| Snow removal/salting | 0.00 | 1,380.00 |
| Water/sewer | 0.00 | 25.10 |
| **Total CAM** | 4,107.86 | 36,020.71 |
| Brokers fees | 0.00 | 4,100.00 |
| Management late fee % | 34.49 | 34.49 |
| **Professional Fees** | | |
| Legal Fees | 0.00 | 1,525.75 |
| **Total Professional Fees** | 0.00 | 1,525.75 |
| **Repairs** | | |
| Building Repairs | 0.00 | 3,456.00 |
| **Total Repairs** | 0.00 | 3,456.00 |
| Security deposits | 0.00 | 2,918.47 |
| **Utilities** | | |
| Electric | 378.22 | 5,084.86 |
| Gas | 183.08 | 3,413.58 |
| Water | 59.15 | 349.98 |
| **Total Utilities** | 620.45 | 8,848.42 |
| **Total Expense** | 4,762.80 | 56,903.84 |
| **Net Ordinary Income** | 5,507.96 | 20,272.42 |
| **Net Income** | 5,507.96 | 20,272.42 |

*SUPPLEMENTAL INFORMATION*

*FOR THE PERIOD ENDED*

*NOVEMBER 30, 2012*

Case 12-45458 Doc 26-4 Filed 01/03/13 Entered 01/03/13 20:08:08 Desc Tab 4
Page 6 of 18

## Wolf Properties
## Receipts By Tenant
### November 2012

| | Almais Bakery | Don's Hotdogs | Farmer's Insurance | Magic Nails | TOTAL |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Monthly Rent** | | | | | |
| Base rent | 1,567.81 | 2,441.25 | 549.00 | 1,564.76 | 6,122.82 |
| CAM | 863.10 | 375.00 | 300.00 | 300.00 | 1,838.10 |
| Late fees | 327.57 | 0.00 | 0.00 | 0.00 | 327.57 |
| Property taxes | 841.52 | 438.75 | 351.00 | 351.00 | 1,982.27 |
| **Total Monthly Rent** | 3,600.00 | 3,255.00 | 1,200.00 | 2,215.76 | 10,270.76 |
| **Total Income** | 3,600.00 | 3,255.00 | 1,200.00 | 2,215.76 | 10,270.76 |
| **Net Ordinary Income** | 3,600.00 | 3,255.00 | 1,200.00 | 2,215.76 | 10,270.76 |
| **Net Income** | 3,600.00 | 3,255.00 | 1,200.00 | 2,215.76 | 10,270.76 |

# Wolf Properties
# Tenant Delinquency Report
### As of November 30, 2012

|  | Nov 30, 12 |
|---|---|
| Almais Bakery | 1,438.86 |
| Magic Nails | 0.10 |
| **TOTAL** | **1,438.96** |

# Wolf Properties
## Payments
### November 2012

| Type | Num | Date | Name | Account | Paid Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 6394 | 11/1/2012 | Nicor | Checking | |
| Bill | 1537... | 10/25/2012 | | Gas | -35.58 |
| Bill | 4785... | 10/25/2012 | | Gas | -23.90 |
| Bill | 0904... | 10/25/2012 | | Gas | -23.90 |
| Bill | 0652... | 10/25/2012 | | Gas | -75.76 |
| Bill | 2659... | 10/25/2012 | | Gas | -23.94 |
| TOTAL | | | | | -183.08 |
| Bill Pmt -Check | 6395 | 11/1/2012 | Schmidt Salzman & Moran Ltd. | Checking | |
| Bill | | 11/1/2012 | | Professional Fees | -1,555.25 |
| TOTAL | | | | | -1,555.25 |
| Bill Pmt -Check | 6396 | 11/7/2012 | ComEd | Checking | |
| Bill | 5883... | 11/2/2012 | | Electric | -25.59 |
| Bill | 3405... | 11/2/2012 | | Electric | -25.22 |
| Bill | 3825... | 11/2/2012 | | Electric | -100.17 |
| Bill | 2579... | 11/2/2012 | | Electric | -195.45 |
| Bill | 4385... | 11/2/2012 | | Electric | -31.79 |
| Bill | 3041... | 11/2/2012 | | Electric | -246.04 |
| TOTAL | | | | | -624.26 |
| Bill Pmt -Check | 6397 | 11/7/2012 | Network Property Management LLC | Checking | |
| Bill | | 11/1/2012 | | Management late fee % | -34.49 |
| | | | | Management fees | -775.00 |
| TOTAL | | | | | -809.49 |
| Bill Pmt -Check | 6398 | 11/7/2012 | Sebert Landscaping | Checking | |
| Bill | 80838 | 10/1/2012 | | Landscaping | -215.00 |
| TOTAL | | | | | -215.00 |
| Bill Pmt -Check | 6399 | 11/7/2012 | Village of Orland Park | Checking | |
| Bill | 1383... | 11/2/2012 | | Water | -8.45 |
| Bill | 1622... | 11/2/2012 | | Water | -8.45 |
| Bill | 1622... | 11/2/2012 | | Water | -8.45 |
| Bill | 1622... | 11/2/2012 | | Water | -8.45 |
| Bill | 1808... | 11/2/2012 | | Water | -8.45 |
| Bill | 1808... | 11/2/2012 | | Water | -8.45 |
| Bill | 1317... | 11/2/2012 | | Water | -8.45 |
| TOTAL | | | | | -59.15 |
| Bill Pmt -Check | 6400 | 11/14/2012 | Hruska Insurancenter Inc | Checking | |
| Bill | | 11/8/2012 | | Insurance | -1,033.57 |
| TOTAL | | | | | -1,033.57 |
| Bill Pmt -Check | 6401 | 11/14/2012 | Nuway Disposal | Checking | |
| Bill | 2001... | 11/8/2012 | | Disposal service | -85.00 |
| TOTAL | | | | | -85.00 |
| Bill Pmt -Check | 6402 | 11/20/2012 | Done Right Cleaning | Checking | |

# Wolf Properties
## Payments
### November 2012

| Type | Num | Date | Name | Account | Paid Amount |
|---|---|---|---|---|---|
| Bill | 7032 | 11/19/2012 | | Lot cleaning | -44.00 |
| TOTAL | | | | | -44.00 |
| | | | | | |
| Bill Pmt -Check | 6403 | 11/20/2012 | Waste Management | Checking | |
| Bill | 1700... | 11/19/2012 | | Disposal service | -154.00 |
| TOTAL | | | | | -154.00 |

# Unpaid Bills Detail
## As of November 30, 2012

| Type | Date | Memo | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| Tyco | | | | | |
|   Bill | 11/26/2012 | 12/12 | 12/1/2012 | | 89.00 |
| Total Tyco | | | | | 89.00 |
| **TOTAL** | | | | | 89.00 |

# Reconciliation Summary
## Checking, Period Ending 11/30/2012

|  | Nov 30, 12 |
|---|---:|
| **Beginning Balance** | 27,634.31 |
| Cleared Transactions |  |
|     Checks and Payments - 11 items | (4,851.80) |
|     Deposits and Credits - 6 items | 14,770.76 |
| Total Cleared Transactions | 9,918.96 |
| **Cleared Balance** | 37,553.27 |
| Uncleared Transactions |  |
|     Checks and Payments - 1 item | (4,100.00) |
| Total Uncleared Transactions | (4,100.00) |
| **Register Balance as of 11/30/2012** | 33,453.27 |
| New Transactions |  |
|     Checks and Payments - 12 items | (12,729.52) |
| Total New Transactions | (12,729.52) |
| **Ending Balance** | 20,723.75 |

# Reconciliation Detail
## Checking, Period Ending 11/30/2012

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 27,634.31 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 11 items** | | | | | | |
| Bill Pmt -Check | 10/23/2012 | 6392 | Tyco | X | (89.00) | (89.00) |
| Bill Pmt -Check | 11/1/2012 | 6395 | Schmidt Salzman &... | X | (1,555.25) | (1,644.25) |
| Bill Pmt -Check | 11/1/2012 | 6394 | Nicor | X | (183.08) | (1,827.33) |
| Bill Pmt -Check | 11/7/2012 | 6397 | Network Property M... | X | (809.49) | (2,636.82) |
| Bill Pmt -Check | 11/7/2012 | 6396 | ComEd | X | (624.26) | (3,261.08) |
| Bill Pmt -Check | 11/7/2012 | 6398 | Sebert Landscaping | X | (215.00) | (3,476.08) |
| Bill Pmt -Check | 11/7/2012 | 6399 | Village of Orland Park | X | (59.15) | (3,535.23) |
| Bill Pmt -Check | 11/14/2012 | 6400 | Hruska Insurancent... | X | (1,033.57) | (4,568.80) |
| Bill Pmt -Check | 11/14/2012 | 6401 | Nuway Disposal | X | (85.00) | (4,653.80) |
| Bill Pmt -Check | 11/20/2012 | 6403 | Waste Management | X | (154.00) | (4,807.80) |
| Bill Pmt -Check | 11/20/2012 | 6402 | Done Right Cleaning | X | (44.00) | (4,851.80) |
| **Total Checks and Payments** | | | | | (4,851.80) | (4,851.80) |
| **Deposits and Credits - 6 items** | | | | | | |
| Payment | 11/1/2012 | 1002 | Almais Bakery | X | 1,800.00 | 1,800.00 |
| Payment | 11/1/2012 | 1399 | Magic Nails | X | 2,215.76 | 4,015.76 |
| Payment | 11/6/2012 | 5001 | Farmer's Insurance | X | 1,200.00 | 5,215.76 |
| Payment | 11/6/2012 | 20597 | Don's Hotdogs | X | 3,155.00 | 8,370.76 |
| Deposit | 11/16/2012 | | | X | 3,200.00 | 11,570.76 |
| Deposit | 11/16/2012 | | | X | 3,200.00 | 14,770.76 |
| **Total Deposits and Credits** | | | | | 14,770.76 | 14,770.76 |
| **Total Cleared Transactions** | | | | | 9,918.96 | 9,918.96 |
| **Cleared Balance** | | | | | 9,918.96 | 37,553.27 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 3/22/2011 | 6101 | Citizens Bank | | (4,100.00) | (4,100.00) |
| **Total Checks and Payments** | | | | | (4,100.00) | (4,100.00) |
| **Total Uncleared Transactions** | | | | | (4,100.00) | (4,100.00) |
| **Register Balance as of 11/30/2012** | | | | | 5,818.96 | 33,453.27 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 12 items** | | | | | | |
| Bill Pmt -Check | 12/4/2012 | 6404 | Americorp | | (5,110.00) | (5,110.00) |
| Bill Pmt -Check | 12/4/2012 | 6407 | M & E Heating & C... | | (2,926.00) | (8,036.00) |
| Bill Pmt -Check | 12/4/2012 | 6410 | Schmidt Salzman &... | | (1,555.25) | (9,591.25) |
| Bill Pmt -Check | 12/4/2012 | 6408 | Network Property M... | | (840.51) | (10,431.76) |
| Bill Pmt -Check | 12/4/2012 | 6406 | Byrne-Johnson Roo... | | (560.00) | (10,991.76) |
| Bill Pmt -Check | 12/4/2012 | 6405 | Aspen Servcice | | (325.00) | (11,316.76) |
| Bill Pmt -Check | 12/4/2012 | 6409 | Nicor | | (266.93) | (11,583.69) |
| Bill Pmt -Check | 12/4/2012 | 6411 | Tyco | | (89.00) | (11,672.69) |
| Bill Pmt -Check | 12/12/2012 | 6412 | ComEd | | (751.83) | (12,424.52) |
| Bill Pmt -Check | 12/12/2012 | 6415 | Waste Management | | (154.00) | (12,578.52) |
| Bill Pmt -Check | 12/12/2012 | 6414 | Nuway Disposal | | (85.00) | (12,663.52) |
| Bill Pmt -Check | 12/12/2012 | 6413 | Done Right Cleaning | | (66.00) | (12,729.52) |
| **Total Checks and Payments** | | | | | (12,729.52) | (12,729.52) |
| **Total New Transactions** | | | | | (12,729.52) | (12,729.52) |
| **Ending Balance** | | | | | (6,910.56) | 20,723.75 |

# BMO Harris Bank

A part of BMO Financial Group

```
                                            BMO HARRIS BANK N.A.                88013
                                            P.O.  BOX 94033
                                            PALATINE,  IL   60094-4033

                                                ACCOUNT   NUMBER:

                                                        Statement  Period
                                                    11/01/12   TO   11/30/12
              01     04729                                 IM0099002900000000

              NETWORK PROPERTY MANAGEMENT LLC            PAGE    1 OF   2    1/    2
              WOLF PROPERTIES
              7820 GRAPHICS DR STE 105
  0           TINLEY PARK IL  60477-6275


0100
```

NOTICE: BY FEDERAL LAW, AS OF 1/1/2013, FUNDS IN A NONINTEREST-BEARING
TRANSACTION ACCOUNT (INCLUDING AN IOLTA/IOLA) WILL NO LONGER RECEIVE
UNLIMITED DEPOSIT INSURANCE COVERAGE, BUT WILL BE FDIC-INSURED TO THE LEGAL
MAXIMUM OF $250,000 FOR EACH OWNERSHIP CATEGORY. FOR MORE INFORMATION, VISIT
HTTP://WWW.FDIC.GOV/DEPOSIT/DEPOSITS/UNLIMITED/EXPIRATION.HTML

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO HARRIS ACCOUNTS, PLEASE CALL US
TOLL-FREE AT 1-888-340-2265.  BMO HARRIS BANKSM IS A TRADE NAME USED BY
BMO HARRIS BANK N.A. MEMBER FDIC. EQUAL HOUSING LENDER. NMLS401052 VISIT US
ONLINE AT WWW.BMOHARRIS.COM.

## CHECKING ACCOUNTS

```
ESSENTIAL BUSINESS CKG                         NETWORK PROPERTY MANAGEMENT LLC
ACCOUNT NUMBER      3620059664    (Checking)
```

DEPOSIT ACCOUNT SUMMARY

```
Previous  Balance as of October   31, 2012                    27,634.31
     3 Deposits            (Plus)                             14,770.76
    11 Withdrawals         (Minus)                             4,851.80
Ending Balance as of    November  30, 2012                    37,553.27

Deposits and Other Credits
   Date            Amount   Description
   Nov 02        4,015.76   TELLER DEPOSIT
   Nov 06        4,355.00   TELLER DEPOSIT
   Nov 16        6,400.00   TELLER DEPOSIT

Checks by Serial Number
   Date        Serial #          Amount     Date      Serial #          Amount
   Nov 29          600         1,033.57     Nov 13      6398            215.00
   Nov 02         6392 *          89.00     Nov 14      6399             59.15
   Nov 07         6394 *         183.08     Nov 19      6401 *           85.00
   Nov 06         6395         1,555.25     Nov 28      6402             44.00
   Nov 13         6396           624.26     Nov 28      6403            154.00
   Nov 13         6397           809.49

   * Indicates break in check sequence
```

FORMS30039

# BMO Harris Bank
A part of BMO Financial Group

BMO HARRIS BANK N.A.                              88014
P.O. BOX 94033
PALATINE, IL  60094-4033

ACCOUNT NUMBER:  ▓▓▓▓▓▓▓▓

Statement Period
11/01/12 TO 11/30/12
IM0099002900000000

01    04729

NETWORK PROPERTY MANAGEMENT LLC          PAGE  2 OF  2   2/  2

0

Daily Balance Summary

| Date   | Balance    | Date   | Balance    |
|--------|------------|--------|------------|
| Oct 31 | 27,634.31  | Nov 14 | 32,469.84  |
| Nov 02 | 31,561.07  | Nov 16 | 38,869.84  |
| Nov 06 | 34,360.82  | Nov 19 | 38,784.84  |
| Nov 07 | 34,177.74  | Nov 28 | 38,586.84  |
| Nov 13 | 32,528.99  | Nov 29 | 37,553.27  |

# BMO Harris Bank
A part of BMO Financial Group

FORMS30039

# Reconciliation Summary
## AC checking, Period Ending 11/30/2012

|  | Nov 30, 12 |
|---|---:|
| **Beginning Balance** | 0.00 |
|   Cleared Transactions |  |
|     Deposits and Credits - 1 item | 1,800.00 |
|   Total Cleared Transactions | 1,800.00 |
| **Cleared Balance** | **1,800.00** |
| **Register Balance as of 11/30/2012** | 1,800.00 |
|   New Transactions |  |
|     Deposits and Credits - 3 items | 6,570.76 |
|   Total New Transactions | 6,570.76 |
| **Ending Balance** | **8,370.76** |

# Reconciliation Detail
## AC checking, Period Ending 11/30/2012

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| *Deposits and Credits - 1 item* | | | | | | |
| Payment | 11/30/2012 | 1816 | Almais Bakery | X | 1,800.00 | 1,800.00 |
| Total Deposits and Credits | | | | | 1,800.00 | 1,800.00 |
| Total Cleared Transactions | | | | | 1,800.00 | 1,800.00 |
| **Cleared Balance** | | | | | 1,800.00 | 1,800.00 |
| **Register Balance as of 11/30/2012** | | | | | 1,800.00 | 1,800.00 |
| **New Transactions** | | | | | | |
| *Deposits and Credits - 3 items* | | | | | | |
| Payment | 12/3/2012 | 1408 | Magic Nails | | 2,215.76 | 2,215.76 |
| Payment | 12/5/2012 | 5026 | Farmer's Insurance | | 1,200.00 | 3,415.76 |
| Payment | 12/10/2012 | 20675 | Don's Hotdogs | | 3,155.00 | 6,570.76 |
| Total Deposits and Credits | | | | | 6,570.76 | 6,570.76 |
| Total New Transactions | | | | | 6,570.76 | 6,570.76 |
| **Ending Balance** | | | | | 8,370.76 | 8,370.76 |

# American Chartered Bank

Last statement: November 06, 2012
This statement: November 30, 2012
Total days in statement period: 25

Page      1 of 2

(1)

NETWORK PROPERTY MANAGEMENT, LLC
WOLF PROPERTIES
7820 GRAPHIC DR
TINLEY PARK IL 60477

Direct inquiries to:
708 403-6330

American Chartered Bank
9561 W 171St Street
Tinely Park IL 60487

UNLESS EXTENDED BY CONGRESS, AS OF 1/1/2013, FUNDS IN NONINTEREST BEARING TRANSACTION ACCOUNTS & IOLTAS WILL NO LONGER RECEIVE UNLIMITED DEPOSIT INSURANCE COVERAGE, BUT WILL BE FDIC-INSURED TO THE LEGAL MAXIMUM OF $250,000 FOR EACH OWNERSHIP CATEGORY. FOR MORE DETAILS VISIT

## Business  Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $0.00 |
| Enclosures | 1 | Total additions | 1,800.00 |
| Low balance | $0.00 | Total subtractions | .00 |
| Average balance | $72.00 | Ending balance | $1,800.00 |
| Avg collected balance | $0.00 | | |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 11-30 | Remote Deposit | 1,800.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 1,800.00 | | | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with American Chartered Bank



www.americanchartered.com

Member FDIC

Page 2
Account:    10362849

```
Amount: $1,800.00
Account #: 10XXXXXXX              Deposit
Credit Date: 20121130             Ticket
User: tspilis
Location: Network Property Management LLC
Item Count: 1
```

11/30/2012    Deposit    $1,800.00