IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | NO. 12 B 45458 |
| ) | |
| HANI ABDALLAH ) | |
| ) | Chapter 11 |
| Debtors ) | |
| ) | Honorable Judge Janet S. Baer |

## ORDER APPROVING FIFTH AMENDED DISCLOSURE STATEMENT (DOCKET 111) CONFIRMING FOURTH AMENDED PLAN OF REORGANIZATION (DOCKET 103)

WHEREAS, A Fifth Amended Disclosure Statement (Docket 111) under Chapter 11 of the Bankruptcy Code having been filed by the Debtor referring to a Fourth Amended Plan of Reorganization (Docket 103) filed under Chapter 11 of the Code; and

WHEREAS, the Fifth Amended Disclosure Statement (Docket 111) and the Fourth Amended Plan of Reorganization (Docket 103) were transmitted to all creditors entitled to notice; and

WHEREAS, The Court having held a hearing on February 5, 2014 approving the Fifth Amended Disclosure Statement and finding that the Disclosure Statement contained adequate information as required by the Bankruptcy Code;

It having been determined after hearing on February 5, 2014 that notice that the requirements for confirmation for the Plan of Reorganization set forth in 11 USC 1129 have been satisfied;

IT IS HEREBY ORDERED:

1. The Fifth Amended Disclosure Statement (Docket 111) is approved.

2. The Plan of Reorganization (Docket 103) is confirmed.

Date:   February 5, 2014

Enter:

_____
United States Bankruptcy Judge

Paul M. Bach
Penelope N. Bach
Sulaiman Law Group, Ltd.
900 Jorie Blvd. Suite 150
Oak Brook, Illinois 60523
(630) 575 8181