IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

_____

|              |   |                              |
|--------------|---|------------------------------|
| In Re:       | ) |                              |
|              | ) | NO. 12 B 45458               |
| HANI ABDALLAH, | ) |                            |
|              | ) | Chapter 11                   |
| Debtor       | ) |                              |
|              | ) |                              |
|              | ) | Honorable Judge Janet S. Baer |
|              | ) |                              |

_____

NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 18, 2014, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, a hearing on the attached **MOTION FOR ENTRY OF FINAL DECREE INCLUDING ENTRY OF DISCHARGE OF DEBTOR,** will be heard before the Honorable Janet S. Baer, Bankruptcy Judge at 219 S. Dearborn, Room 615, Chicago, Illinois, or before any other bankruptcy Judge sitting in her stead.

AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SEE FIT.

Mr. Paul M. Bach
Bach Law Offices
PO Box 1285
Northbrook, Illinois 60065
Phone (847) 564-0808

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

_____

| | |
|---|---|
| In Re: ) | |
| ) | NO. 12 B 45458 |
| HANI ABDALLAH, ) | |
| ) | Chapter 11 |
| Debtor ) | |
| ) | |
| ) | Honorable Judge Janet S. Baer |
| ) | |

_____

### MOTION FOR ENTRY OF FINAL DECREE INCLUDING ENTRY OF DISCHARGE OF DEBTOR
_____

NOW COMES the Reorganized Debtor, HANI ABDALLAH, by his attorneys PAUL M. BACH and PENELOPE N. BACH, of Bach Law Offices, and ask this Honorable Court to enter a Final Decree including entry of a Discharge Order as to the Debtor, Hani Abdallah, as well as closing this case with a reservation of jurisdiction to reopen this case for any of the reasons stated in the confirmed Chapter 11 Plan and/or Disclosure Statement.  In support thereof, the Reorganized Debtor states as follows:

1.  On November 16, 2012, the Debtors filed a Voluntary Petition for Relief, according to the provisions of Chapter 11 of the Code.

2.  On February 5, 2014, this Court held a hearing and confirmed entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtors' Plan of Reorganization.

3.  The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code as payment has been sent to all creditors in full as required under the confirmed Plan.  Class One of the Debtor's Confirmed Plan is the only impaired class.  Class One consisted on six unsecured non priority claims totaling $42,577.24.  Payment has been sent to each of these creditors in full.

4.  Debtor requests entry of a Discharge in this Chapter 11 case.

5. After entry of the Discharge, Debtor requests that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

WHEREFORE, the Reorganized Debtor, **HANI ABDALLAH**, asks this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, and for such other relief as is just and equitable.

        Respectively Submitted,
        **HANI ABDALLAH**

        By: /s/ Paul M. Bach

Mr. Paul M. Bach, Esq.,
Bach Law Offices
P.O. Box 1285
Northbrook, IL 60062
Phone:  847 564 0808
Email: Paul@BachOffices.com