Sulaiman Law Group Ltd
Penelope Bach
900 JORIE BOULEVARD
OAK BROOK, IL  60523

Case 12-45458    Doc 127    Filed 03/10/14    Entered 03/10/14 13:17:27    Desc Main
Document    Page 1 of 3

| DATE RECEIVED: Mar 10 2014 | TIME RECEIVED: 10:08AM | TOTAL SERVED: 38 |
|---|---|---|

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| IN RE: HANI ABDALLAH | CASE NO: 12 B 45458 |
|---|---|
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: Dirksen Federal Building 219 S. Dearborn Room 615 Chicago IL |
| | Hearing Date: March 18 2014 |
| | Hearing Time: 9:30am |
| | Response Date: |

On 3/10/2014, a copy of the following documents, described below,

Motion for Entry of Final Decree Including Entry of Discharge of Debtor,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/10/2014

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Sulaiman Law Group LTD
Penelope Bach
900 JORIE BOULEVARD
OAK BROOK, IL  60523

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0752-1<br>CASE 12-45458<br>NORTHERN DISTRICT OF ILLINOIS<br>CHICAGO<br>MON MAR 10 12-17-14 CDT 2014 | CITIZENS FINANCIAL BANK<br>8301 S. CASS AVE.<br>DARIEN IL 60561-5341 | FIRST MERCHANTS BANK N.A. AS SUCCESSOR<br>5311 HOHMAN AVENUE<br>HAMMOND IN 46320-1809 |
| JP MORGAN CHASE BANK NATIONAL<br>CHASE RECORDS CENTER<br>ATTN- CORRESPONDENCE MAIL<br>MAIL CODE LA4-5555<br>700 KANSAS LANE<br>MONROE LA 71203-4774 | ~~U.S. BANKRUPTCY COURT~~<br>~~EASTERN DIVISION~~<br>~~219 S DEARBORN~~<br>~~7TH FLOOR~~<br>~~CHICAGO IL 60604-1702~~ | AT&T MOBILITY<br>P.O. BOX 6428<br>CAROL STREAM IL 60197-6428 |
| ABEER ABDALLAH<br>16112 SYDCREEK<br>HMER GLEN IL 60491-5606 | ARCHER BANK<br>4970 S. ARCHERS<br>CHICAGO IL 60632-3623 | CHASE<br>201 N WALNUT STREET<br>MAILSTOP DE1-1027<br>WILMINGTON DE 19801-2920 |
| CHASE<br>5520 W. 159TH ST<br>OAK FOREST IL 60452-3224 | CHASE<br>ATTN- BANKRUPTCY DEPARTMENT<br>PO BOX 100018<br>KENNESAW GA 30156-9204 | CHASE<br>P.O. BOX 15298<br>WILMINGTON DE 19850-5298 |
| CITIZENS BANK<br>7101 W. 127TH STREET<br>PALOS HEIGHTS IL 60463-1559 | CITIZENS FINANCIAL BANK<br>1100 EAST JOLIET STREET<br>DYER IN 46311-1995 | CITIZENS FINANCIAL BANK<br>DANIEL J ZIMMER SR VPCREDIT OFFICER<br>8301 SOUTH CASS AVENUE<br>DARIEN ILLINOIS 60561-5341 |
| COMCAST<br>CO CREDIT MANAGEMENT<br>P.O. BOX 118288<br>CARROLLTON TX 75011-8288 | COOK COUNTY TREASURER<br>118 N. CLARK<br>CHICAGO IL 60602-1590 | CREDIT MANAGEMENT GROUP<br>PO BOX 53418<br>PHOENIX AZ 85072-3418 |
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | EOS CCA<br>700 LONGWATER DRIVE<br>NORWELL MA 02061-1624 | GE CAPITAL RETAIL BANK<br>CO RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 |
| GEMB-WALMART<br>P.O. BOX 103104<br>ROSWELL GA 30076-9104 | GHASSAN ABDULLAH<br>10854 GLENLAKE DRIVE<br>ORLAND PARK IL 60467-4568 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P O BOX 64338<br>CHICAGO IL 60664-0338 |
| JP MORGAN CHASE BANK N.A.<br>CO CHASE RECORDS CENTER<br>ATTN- CORRESPONDENCE MAIL<br>700 KANSAS LANE<br>MAIL CODE- LA4-5555<br>MONROE LA 71203-4774 | MB FINANCIAL BANK<br>6111 N. RIVER ROAD<br>DES PLAINES IL 60018-5111 | MARTIN & KARCAZES LTD<br>161 N. CLARK STREET<br>STE 550<br>CHICAGO IL 60601-3376 |

| | | |
|---|---|---|
| MUNICIPAL COLLECTION SERVICES INC<br>PO BOX 327<br>PALOS HEIGHTS IL 60463-0327 | ROBERT JONES<br>6005 W 157ST<br>OAK FOREST IL 60452-2901 | STATE FARM BANK<br>PO BOX 23015<br>COLUMBUS GA 31902-3015 |
| STATE FARM BANK FSB<br>ATTN- BANKRUPTCY DEPT.<br>PO BOX 2328<br>BLOOMINGTON IL 61702-2328 | SULA ABDALLAH<br>10816 SCARLETT DR.<br>ORLAND PARK IL 60467-4408 | UNITED TRUST BANK<br>12330 S. HARLEM<br>PALOS HEIGHTS IL 60463-1425 |
| VILLAGE OF HAZEL CREST<br>3000 W. 170TH PLACE<br>HAZEL CREST IL 60429-1129 | HANI ABDALLAH<br>16112 SYDCREEK<br>HOMER GLEN IL 60491-5606 | MOHAMMED O BADWAN<br>SULAIMAN LAW GROUP LTD<br>900 JORIE BLVD STE 150<br>OAK BROOK IL 60523-3810 |
| PATRICK S LAYNG<br>OFFICE OF THE U.S. TRUSTEE REGION 11<br>219 S DEARBORN ST<br>ROOM 873<br>CHICAGO IL 60604-2027 | PAUL M BACH<br>BACH LAW OFFICES<br>P.O. BOX 1285<br>NORTHBROOK IL 60065-1285 | PAUL M BACH<br>SULAIMAN LAW GROUP LTD.<br>900 JORIE BOULEVARD<br>SUITE 150<br>OAK BROOK IL 60523-3810 |
| PENELOPE N BACH<br>BACH LAW OFFICES<br>P.O. BOX 1285<br>NORTHBROOK IL 60065-1285 | | |