UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-45458 |
| HANI ABDALLAH | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

**FINAL DECREE INCLUDING ISSUANCE OF DISCHARGE OF CHAPTER 11 DEBTOR**

This matter coming to be heard upon the motion of HANI ABDALLAH the Reorganized Debtor, for entry of a Final Decree; proper notice having been provided; no creditor or party in interest having objected to the entry of a Final Decree including the issuance of a Discharge to the Chapter 11 Debtor; and this Court being fully advised in the premises; Now, therefore IT IS HEREBY ORDERED:

1. The Clerk of the Bankruptcy Court prior to closing this Chapter 11 case shall enter a Discharge to the Chapter 11 Debtor in this case, Hani Abdallah the Chapter 11 Plan having been completed.

2. Subject to the provisions of this Final Decree and the Plan confirmed by this Court on February 5, 2014 this Chapter 11 case is closed, and

2. This Court expressly reserves jurisdiction for all matters pending before this Court, entering a final discharge, all fee petitions, those matters enumerated in Article VI of the Plan and such other matters as this Court deems appropriate.

Enter:  *Janet S. Baer*

Dated: 3/28/14

United States Bankruptcy Judge

**Prepared by:**
Paul M. Bach
Bach Law Offices
PO Box 1285
Northbrook, Illinois 60065
Phone (847) 564-0808
Facsimile (8447) 564-0985

Rev: 20130104_bko