B18RI (Form 18RI) (12/09)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12–45458**
**Chapter 11**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Hani Abdallah
  16112 Sydcreek
  Homer Glen, IL 60491

Social Security / Individual Taxpayer ID No.:
  xxx–xx–3912

Employer Tax ID / Other nos.:


## DISCHARGE OF INDIVIDUAL DEBTOR IN A CHAPTER 11 CASE

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1141(d) of title 11, United States Code, (the Bankruptcy Code).


                                              BY THE COURT


Dated: 3/28/14                                Janet S. Baer
                                              United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**OF AN INDIVIDUAL IN A CHAPTER 11 CASE**

This court order grants a discharge to the person named as the debtor. The discharge is issued after the debtor has completed all payments under the chapter 11 plan or the court has determined, after notice and a hearing, that the debtor is entitled to a discharge pursuant to section 1141(d)(5)(B) of the Bankruptcy Code without completing the chapter 11 plan payments. The discharge is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect a discharged debt from the debtor. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property,* there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

If a creditor has a lien, such as a mortgage or security interest, and the lien was not eliminated by the plan or by court order, the creditor may have the right to enforce the lien if the debtor fails to satisfy the lien claim as required by the plan. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts that are Discharged and Debts that are Not Discharged**

Except as otherwise specified in the chapter 11 plan, in the order confirming that plan, or in section 1141(d) of the Bankruptcy Code, the discharge eliminates the debtor's legal obligation to pay a debt which arose before confirmation of the plan.

Most, but not all, types of debts are discharged, but section 1141(d)(2) of the Code provides that certain types of debts are not discharged in an individual debtor's chapter 11 bankruptcy case. Some of the common types of debts which are not discharged are:

   a. Debts for most taxes and debts incurred to pay nondischargeable taxes;

   b. Debts that are domestic support obligations;

   c. Debts for most student loans;

   d. Debts for most fines, penalties, forfeitures, and criminal restitution obligations;

   e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

   f. Some debts which were not properly listed on the bankruptcy schedules by the debtor;

   g. Debts that the bankruptcy court has specifically decided in this case are not discharged; and

   h. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney concerning the effect of the discharge.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 12-45458-JSB
Hani Abdallah                                                  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen              Page 1 of 2              Date Rcvd: Mar 28, 2014
                              Form ID: b18ri           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2014.
```
db         +Hani Abdallah,    16112 Sydcreek,    Homer Glen, IL 60491-5606
19798698   +Abeer Abdallah,   16112 Sydcreek,    Hmer Glen, IL 60491-5606
19798699    Ali Kutom,    Orland Park, IL
19702527   +Archer Bank,    4970 S. Archers,    Chicago, IL 60632-3623
19702531   +Chase,    201 N Walnut Street,    Mailstop DE1-1027,    Wilmington, DE 19801-2920
19702532    Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
19702530   +Chase,    Attn: Bankruptcy Department,    PO Box 100018,    Kennesaw, GA 30156-9204
19702529   +Chase,    5520 W. 159th St,    Oak Forest, IL 60452-3224
19702533   +Citizens Bank,    7101 W. 127th Street,    Palos Heights, IL 60463-1559
20030168   +Citizens Financial Bank,    Daniel J Zimmer Sr VP/Credit Officer,    8301 South Cass Avenue,
             Darien, Illinois 60561-5341
19798696   +Citizens Financial Bank,    1100 East Joliet Street,    Dyer, IN 46311-1995
19702534    Comcast,   C/O Credit Management,    P.O. Box 118288,    Carrollton, TX 75011-8288
19702535   +Credit Management Group,    PO Box 53418,    Phoenix, AZ 85072-3418
19702536   +EOS CCA,   700 Longwater Drive,    Norwell, MA 02061-1624
19798700   +Ghassan Abdullah,    10854 Glenlake Drive,    Orland Park, IL 60467-4568
19798704    Illinois Department of Revenue,    Bankruptcy Section,    P O Box 64338,    Chicago IL 60664-0338
19836616   +JP Morgan Chase Bank, N.A.,    c/o Chase Records Center,    Attn: Correspondence Mail,
             700 Kansas Lane,    Mail Code: LA4-5555,    Monroe, LA 71203-4774
19702539   +MB Financial Bank,    6111 N. River Road,    Des Plaines, IL 60018-5111
19702538   +Martin & Karcazes, LTD,    161 N. Clark Street,    Ste 550,    Chicago, IL 60601-3376
19702540   +Municipal Collection Services, Inc,    PO Box 327,    Palos Heights, IL 60463-0327
19798701   +Robert Jones,    6005 W 157st,    Oak Forest, IL 60452-2901
19702541   +State Farm Bank,    PO Box 23015,    Columbus, GA 31902-3015
19774178    State Farm Bank, FSB,    Attn: Bankruptcy Dept.,    PO Box 2328,    Bloomington, IL 61702-2328
19798702   +Sula Abdallah,    10816 Scarlett Dr.,    Orland Park, IL 60467-4408
19702542   +United Trust Bank,    12330 S. Harlem,    Palos Heights, IL 60463-1425
19702543   +Village of Hazel Crest,    3000 W. 170th Place,    Hazel Crest, IL 60429-1129
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19702528    E-mail/Text: g20956@att.com Mar 29 2014 00:49:59     AT&T Mobility,    P.O. Box 6428,
             Carol Stream, IL 60197-6428
19798697   +E-mail/Text: lbankruptcy@cookcountytreasurer.com Mar 29 2014 00:49:29      Cook County Treasurer,
             118 N. Clark,    Chicago, IL 60602-1590
19798703    E-mail/Text: cio.bncmail@irs.gov Mar 29 2014 00:48:28     Department of the Treasury,
             Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
20022915    E-mail/PDF: rmscedi@recoverycorp.com Mar 29 2014 00:52:59     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19702537   +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2014 00:52:56     GEMB-Walmart,    P.O. Box 103104,
             Roswell, GA 30076-9104
                                                                                               TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2014                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2014, at the address(es) listed below:
```
          Faiq Mihlar    on behalf of Creditor   JP Morgan Chase Bank, National Association
           bankruptcy@hsbattys.com, bankruptcy@hsbattys.com
          Heather M Giannino    on behalf of Creditor   JP Morgan Chase Bank, National Association
           bankruptcy@hsbattys.com, bankruptcy@hsbattys.com
          Holly L Carto    on behalf of Creditor   Archer Bank hcarto@llflegal.com
          Kimberly Bacher    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           kimberly.bacher@usdoj.gov;kimberlyabacher@hotmail.com
```

```
District/off: 0752-1           User: rgreen              Page 2 of 2              Date Rcvd: Mar 28, 2014
                               Form ID: b18ri            Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael T. Benz    on behalf of Creditor    First Merchants Bank, N.A. as successor by acquisition to Citizens Financial Bank benz@chapman.com,  eickmann@chapman.com
          Michael T. Benz    on behalf of Creditor    Citizens Financial Bank benz@chapman.com, eickmann@chapman.com
          Mohammed O Badwan    on behalf of Debtor Hani   Abdallah mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Paul M Bach    on behalf of Debtor Hani   Abdallah ecfbach@gmail.com, ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com
          Penelope N Bach    on behalf of Debtor Hani   Abdallah pnbach@bachoffices.com, bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;bkycourtinfo@gmail.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
          TOTAL: 10